IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDOR TORRES THIESSEN,

    Petitioner,               No. 2:12-cv-2386 KJN P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.            ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis, or the appropriate filing fee.

        A further problem is that the petition is improperly set forth on a state court form. All petitions for writ of habeas corpus filed in this court must be set forth on the proper federal form. This court may limit its review of the petition to the information on the form, without consideration of memoranda or attachments to the petition. See 28 U.S.C. § 2254; Rule 2(a), Rules Governing Section 2254 Cases in the U.S. District Courts. Therefore, petitioner must file an amended petition pursuant to the correct form, setting forth all relevant claims, and providing

1

all requested information. Petitioner need not, however, re-file his memorandum and exhibits (100 pages); the court will order them attached to petitioner's amended petition. In addition, petitioner must name as respondent the state officer having custody of petitioner (i.e. the warden of petitioner's place of incarceration). See id.; see also Smith v. Idaho, 392 F.3d 350, 354-55 (9th Cir. 2004); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days after the filing date of this order, file an affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee.

2. Petitioner shall also, within thirty days after the filing date of this order, file an amended petition for writ of habeas corpus, set forth on the federal form provided herewith.

3. The Clerk of Court is directed to send petitioner, with service of this order, a blank copy of the form used in this district for a prisoner to apply for in forma pauperis status, and a blank copy of the form used in this district for seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

4. The Clerk of Court is further directed to attach to petitioner's amended petition for writ of habeas corpus, upon filing, the memorandum and exhibits currently attached to petitioner's original petition (see Dkt. No. 1 at 7-106).

5. Petitioner is informed that failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: September 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

thie2386.101a.115