IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDOR TORRES THIESSEN, | | |
| | Petitioner, | No. 2:12-cv-2386 KJN P |
| vs. | | |
| PEOPLE OF THE STATE OF CALIFORNIA, | | |
| | Respondent. | ORDER |

Petitioner requests dismissal of this action, on the ground that petitioner erred in filing the underlying petition for writ of habeas corpus in federal court. Petitioner states, "I have not yet exhausted all possible rem[e]dies in lower courts as is mandatory and for that reason I respectfully request that my case be dismissed until all lower court rem[e]dies have been exhausted." (Dkt. No. 4 at 1.)

////
////
////
////
////
////

1

1  For good cause shown, petitioner's request (Dkt. No. 4), is granted.  IT IS
2  HEREBY ORDERED that this action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(a).
3  Should petitioner later pursue these matters in federal court, he must file a new action.
4  DATED: October 9, 2012
5
6  _____
   KENDALL J. NEWMAN
7  UNITED STATES MAGISTRATE JUDGE

8  thie2386.vol.dsms.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26